| Date | Pleading Number | |
|---|---|---|
| 8/20/76 | 1. | MOTION w/SUPPORTING BRIEF -- plaintiff Commercial & Industrial Bank of Memphis -- Exhibits A, B & C, Schedule of Actions involved and certificate of service on counsel and involved clerks. REQUESTED TRANSFEREE FORUM: E.D. Oklahoma |
| 8/31/76 | | APPEARANCES -- Commercial & Industrial Bank of Memphis by V.R. Miller<br>Jack Baron, et al. by R. A. Stotsenburg<br>George A. Vincent, Jr., et al. by R. S. Berry<br>Robert & Rhetta C. Grey and Robert P. Grey, Consulting Engineering, Inc. by J. M. Smith<br>Linde, Thomson, Van Dyke, Fairchild & Langworthy and Herbert M. Kohn by W. H. Plummer<br>Fidedlity Securities, Inc. and Wood Bros. - Peebles Investments, Inc. by J. K. Bohmart<br>Municipal Securities, Inc. by A. Walinsky<br>Wyoming Oil & Gas Corp., Jack, Evelyn, Lisa, and Dennis Woosley, O. M. Harmon, Loyd Brown, and H. E. Stewart by Ed McConnel<br>Buffalo Valley Gas Authority and Don Cravens as Receiver by Don Ed Payne |
| 9/1/76 | | HEARING ORDER -- Setting A-1 through A-3 for hearing Oct. 1., 1976 San Francisco, Calif. |
| 9/7/76 | 2 | RESPONSE -- LINDE, THOMSON, VAN DYKE, FAIRCHILD & LANGWORTHY: HERBERT M. KOHN; and NANCY C. KOHN w/cert. of service |
| 9/7/76 | 3 | RESPONSE -- BUFFALO VALLEY GAS AUTHORITY w/cert. of service |
| 9/7/76 | 4 | RESPONSE -- ROBERT P. GREY, RHETTA C. GREY w/cert. of service |
| 9/7/76 | 5 | RESPONSE -- Municipal XXX Securities w/cert. of service |
| 9/7/76 | 6 | RESPONSE -- Fidelity Securities, Inc. and Wood Brothers w/cert. of servic |
| 9/13/76 | 7 | RESPONSE -- Pltf. George A. Vincent, Jr., et al., w/service list |
| 9/13/76 | 8 | RESPONSE -- Pltf. Jack Baron & Jerome Shenker (N.Y. Plts) w/brief |
| 9/15/76 | 9 | REPLY -- Movant Commercial & Industrial Bank of Memphis w/ert. of servce |
| 9/16/76 | 10 | LETTER RESPONSE -- FIDELITY Sectuities and Wood Brothers Investments Re: Recent developments w/cert. of service |
| 9/27/76 | | LETTER RESPONSE -- SCOTT, GORMAN, O'DONNELL & CO. |
| 9/29/76 | | WAIVER OF ORAL ARGUMENT -- Wyoming Gas & Oil Corp., and individual defendants of Wyoming Gas & Oil Corp. |
| 10/1/76 | | FILED IN OPEN COURT -- Report to Panel -- Jack Baron and Jerome Shenker |
| 10/8/76 | 11 | LETTER RESPONSE -- MX JAMES F. REILLY no. service indicated |
| 12/22/76 | 12 | AMENDED RESPONSE -- ARIZONA PLAINTIFFS w/cert. of service |
| 12/30/76 | 13 | REPLY TO AMENDED RESPONSE -- ARIZONA PLAINTIFFS w/cert. of service |
| 4/18/77 | | OPINION AND ORDER -- DENYING TRANSFER OF LITIGATION |
| 4/22/77 | 14 | RESPONSE -- NOTICE TO THE PANEL OF REQUEST FOR A TRIAL DATE BY INTERVENOR PLAINTIFFS IN THE NEW YORK ACTION |

## Description of Litigation

## IN RE BUFFALO VALLEY GAS AUTHORITY LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) 10/1/76

Date(s) of Opinion(s) or Order(s) 4/18/77

Consolidation Ordered ____    Name of Transferee Judge ____

Consolidation Denied  xx     Transferee District ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Commercial & Industrial Bank of Memphis, etc. v. Wyoming Oil & Gas Corp., et al. | E.D.Okla. Morris | 75-287-C | | | | |
| A-2 | Jack Baron, et al. v. Commercial & Industrial Bank of Memphis, et al. | S.D.N.Y. Griesa | 75 Civ. 1274 (TPG) | | | | |
| A-3 | George A. Vincent, Jr., et al. v. Commercial & Industrial Bank of Memphis, et al. | Arizona Craig | 76-457-PHX WEC | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 271 -- IN RE BUFFALO VALLEY GAS AUTHORITY LITIGATION

---

COMMERCIAL & INDUSTRIAL BANK OF
   MEMPHIS, ETC. (A-1 & Def.)
Val R. Miller, Esquire
17th Floor, Liberty Tower
100 Broadway
Oklahoma City, Oklahoma   73102


JACK BARON, ET AL. (A-2)
R. Alan Stotsenburg, Esquire
Stotsenburg & Donohue, P.C.
4401 Chanin Building
122 East 42nd Street
New York, New York   10017


GEORGE A. VINCENT, JR., ET AL. (A-3)
Richard S. Berry, Esquire
Berry and Herrick, P.A.
839 South Hohokam Drive
Tempe, Arizona   85281


ROBERT P. GREY
RHETTA C. GREY
ROBERT P. GREY, CONSULTING ENGINEER, INC.
Jeffrey M. Smith, Esquire
Rogers & Hardin
101 Marietta Tower, Suite 3200
Atlanta, Georgia   30303


LINDE, THOMSON, VAN DYKE, FAIRCHILD
   & LANGOWRTHY
HERBERT M. KOHN
W. Hubert Plummer, Esquire
Rogers, Hoge & Hills
90 Park Avenue
New York, New York   10016

---

FORSYTHE, McGOVERN & PEARSON, P.C.
JOSEPH R. SATZ
D'Amato, Costello & Shea
116 John Street
New York, New York   10038

FIDELITY SECURITIES, INC.
WOOD BROS. - PEEBLES INVESTMENTS, INC.
Joel K. Bohmart, Esquire
Upham, Meeker & Weithorn
405 Lexington Avenue
New York, New York   10017

MUNICIPAL SECURITIES, INC.
Adam Walinsky, Esquire
Kronish, Lieb, Shainswit, Weiner
   & Hellman
1345 Avenue of the Americas
New York, New York   10019

SCOTT, GORMAN, O'DONNELL & CO., INC.
Delaney & O'Reilly
800 Third Avenue
New York, New York   10017

WYOMING OIL & GAS CORPORATION
JACK WOOSLEY
EVELYN WOOSLEY
LISA WOOSLEY
DENNIS WOOSLEY
O. M. HARMON
LOYD BROWN
H. E. STEWART
Ed McConnel, Esquire
1901 North Classen Blvd.
Oklahoma City, Oklahoma 73106

(OVER)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 271 -- IN RE BUFFALO VALLEY GAS AUTHORITY LITIGATION

| | |
|---|---|
| BUFFALO VALLEY GAS AUTHORITY<br>DON CRAVENS, AS RECEIVER OF BUFFALO<br>   VALLEY GAS AUTHORITY<br>Don Ed Payne, Esquire<br>Payne & Welch<br>Post Office Box 785<br>305 East Duke Street<br>Hugo, Oklahoma  74743<br><br>THOMAS N. STREET, JR.<br>Register No. 23845-157<br>Federal Prison Camp at<br>   Maxwell Air Force Base<br>Montgomery, Alabama  36112<br><br>JAMES F. REILLY<br>c/o Market Chronicle<br>Post Office Box 958<br>New York, New York  10008<br><br>GEORGE H. MILLS<br>Fenton R. Ramey, Esquire<br>Ramey & Ramey, Inc.<br>Post Office Box 187<br>Yukon, Oklahoma  73099 | |

JP Form 3

p. _____

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __271__ -- __IN RE BUFFALO VALLEY GAS AUTHORITY LITIGATION__
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Wyoming Oil & Gas Corp. 4041 NW 16 Okla City 73107 | A-1 A-2 A-3 |
| Loyd Brown  Okla City | A-1 A-2 A-3 |
| George H. Mills ✓ | A-1 A-2 A-3 |
| H. E. Stewart  Okla City | A-1 A-2 A-3 |
| Buffalo Valley Gas Authority ✓ | A-1 A-2 A-3 |
| Commercial & Industrial Bank of Memphis ✓ | A-2 A-3 |
| Jack Woosley ✓ | A-2 A-3 |
| Thomas N. Street, Jr. ✓ | A-2 A-3 |
| Robert P. Grey, Consulting Engineering Inc. ✓ | A-2 A-3 |
| Robert P. Grey ✓ | A-2 A-3 |

| | |
|---|---|
| Linde, Thomson, Van Dyke, Fairchild & Langworthy | A-2  A-3 |
| Herbert M. Kohn | A-2  A-3 |
| Forsythe, McGovern & Pearson, P.C. | A-2 |
| Joseph R. Satz | A-2 |
| Fidelity Securities, Inc. | A-2 |
| Wood Bros.-Peebles Investments, Inc. | A-2 |
| Municipal Securites Inc. | A-2 |
| Scott, Gorman, O"Donnell & Co., Inc. | A-2 |
| James F. Reilly 1 | A-2 |
| | |
| | |